NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## MISCELLANEOUS DOCKET NO. 916

IN RE WI-LAN, INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 08-CV-4555, Judge James Ware.

## ON PETITION FOR WRIT OF MANDAMUS

Before RADER, Circuit Judge.

## ORDER

Wi-LAN Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to vacate its June 4, 2009 order denying Wi-LAN Inc.'s motion to dismiss, and to dismiss the case below for lack of subject matter jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

Intel Corporation is directed to respond no later than November 13, 2009.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK

cc:    Robert A. Cote, Esq.
       Adam R. Alper, Esq.
s20